# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    SA CV09-0690-DOC(RNBx)                    Date    December 1, 2009

Title    SHARI ANN MORETTI -V- AMERICA'S SERVICING CO., ET. AL.,

Present: The Honorable          DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NONE                                        NONE

Proceedings:      (In Chambers)      ORDER TO SHOW CAUSE RE DISMISSAL FOR
                                     LACK OF PROSECUTION


The Court on its own motion, hereby orders plaintiff(s) to show cause in writing no later than **December 15, 2009,** why this action should not be dismissed for lack of prosecution **as to defendant Option One**.  The Court notes in this regard that, absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served within 120 days after the filing of the complaint.  Fed. R. Civ. P. 4(m).  An action may be dismissed prior to such time if plaintiff(s) has/have not diligently prosecuted the action.  No oral argument will be heard unless otherwise ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of plaintiff(s) response.  No response is required if a responsive pleading or proof of service (indicating proper service in full compliance with the Federal Rules) has been filed on or before the date upon which the response is due.


The Clerk shall serve this minute order on counsel for all parties in this action.


:          0

Initials of Preparer    kh