JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHARI ANN MORETTI | ) | CASE NO. SA CV09-0690-DOC(RNBx) |
| **Plaintiff(s),** | ) | |
| v. | ) | **ORDER DISMISSING CIVIL ACTION** |
| AMERICA'S SERVICING CO., ET. AL., | ) | |
| **Defendant(s).** | ) | |
| _____ | ) | |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on December 1, 2009. Plaintiff was ordered to show cause in writing no later than December 15, 2009, why this action should not be dismissed for lack of prosecution. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: December 31, 2009  _____
DAVID O. CARTER
United States District Judge